**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6981**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

DAMON EMANUEL ELLIOTT,

                    Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.
Peter J. Messitte, Senior District Judge.  (8:97-cr-00053-PJM-1)

Submitted:  September 22, 2020                           Decided:  September 25, 2020

Before NIEMEYER, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Damon Emanuel Elliott, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Damon Emanuel Elliott seeks to appeal the district court's orders returning his pleadings seeking to dismiss the indictment and for further information concerning motions under 28 U.S.C. § 2255 and 28 U.S.C. § 2244. We have reviewed the orders and Elliott's informal brief and supplemental brief and find no error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*